**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☑ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

**The Party or Parties Included in the Record to District Court:**

**Appellant/Movant:** 9197–5904 QUEBEC, INC   **Attorney:** Joel Aresty, Esq.   **Attorney:**
309 1st Ave S
Tierra Verde, FL 33715

**Appellee/Respondent:** Christopher Kosachuk   **Attorney:** PRO–SE   **Attorney:**
854 Pheasant Run Rd.
West Chester, PA 19382–8144

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**        **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: PLEASE NOTE: Movant has Designated Items from USDC cases 18–mc–25369–KMM AND 24–cv–23089–KMM, which are NOT being uploaded in to this new case, as they are already part of USDC's records.

**Dated:** 12/30/24        **CLERK OF COURT**
By: Diana Cohen
Deputy Clerk   (305) 714–1800