**CLOSED**

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Miscellaneous Proceeding #: 15-00101-LMI

*Assigned to:* Laurel M Isicoff      *Date Filed:* 05/07/15
     *Date Terminated:* 01/15/19

**Plaintiff**
-----------------------
**Christopher Kosachuk**     represented by **Christopher Kosachuk**
854 Pheasant Run Rd.     PRO SE
West Chester, PA 19382-8144
SSN / ITIN: xxx-xx-0000
*aka* **Chris Kosachuk**

V.

**Defendant**
-----------------------
**9197-5904 QUEBEC, INC,**     represented by **Joel M. Aresty, Esq.**
c/o Joel Aresty     Joel M. Aresty, P.A.
309 1st Ave S     309 1st Ave S
Tierra Verde, Fl 33715     Tierra Verde, FL 33715
    305-904-1903
    Fax : 800-559-1870
    Email: aresty@mac.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/07/2015 | 1 | Registration of Foreign Judgment. (Garcia, Nelly) (Entered: 05/07/2015) |
| 05/07/2015 | | Receipt of Ancillary Filing Fee - $46.00 by NG. Receipt Number 308954. (admin) (Entered: 05/07/2015) |
| 05/08/2015 | 2 | Certificate of Service Filed by Debtor Christopher Kosachuk (Re: 1 Registration of Foreign Judgment filed by Debtor Christopher Kosachuk). (Valencia, Yamileth) (Entered: 05/11/2015) |
| 12/21/2018 | 3 | Order Directing Clerk of Court to Close This Case . (Valencia, Yamileth) (Entered: 12/21/2018) |
| 12/23/2018 | 4 | BNC Certificate of Mailing - PDF Document (Re: 3 Order Directing Clerk of Court to Close This Case .) Notice Date 12/23/2018. (Admin.) (Entered: 12/24/2018) |

| Date | Doc # | Description |
|---|---|---|
| 01/15/2019 | 5 | Miscellaneous Case Closed. (Valencia, Yamileth) (Entered: 01/15/2019) |
| 11/27/2024 | 6 | Motion for Writ of Execution Filed by Plaintiff Christopher Kosachuk (Rodriguez, Olga) (Entered: 11/27/2024) |
| 11/27/2024 | 7 | COPY OF ISSUED Writ of Execution (Re: 6 Motion for Writ of Execution Filed by Plaintiff Christopher Kosachuk) **Original Given To Plaintiff** (Rodriguez, Olga) (Entered: 11/27/2024) |
| 12/02/2024 | 8 | Judge Laurel M Isicoff added to case. Involvement of Judge A Jay zCristol Terminated (Blanco, Nora) (Entered: 12/02/2024) |
| 12/02/2024 | 9 | Motion to Reopen Case Filed by Debtor Christopher Kosachuk (Oriol-Bennett, Alexandra) (Entered: 12/02/2024) |
| 12/02/2024 | 10 | Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk (Attachments: # 1 Appendix) (Oriol-Bennett, Alexandra) (Entered: 12/02/2024) |
| 12/02/2024 | 11 | Notice of Filing and Motion for Judicial Notice of USCA Order Filed by Debtor Christopher Kosachuk . (Oriol-Bennett, Alexandra) (Entered: 12/02/2024) |
| 12/03/2024 | 12 | Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action. Filed by Debtor Christopher Kosachuk (Olivier, Mike) (Entered: 12/03/2024) |
| 12/03/2024 | 13 | Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk (Olivier, Mike) (Entered: 12/03/2024) |
| 12/03/2024 | 14 | Declaration *OF LIZA HAZAN ALSO KNOWN AS ELIZABETH HAZAN RE HOMESTEAD* Filed by Defendant 9197-5904 QUEBEC, INC, (Re: 7 Writ of Execution). (Aresty, Joel) (Entered: 12/03/2024) |
| 12/04/2024 | 15 | Declaration *corrected* Filed by Interested Party Liza Hazan (Re: 14 Declaration filed by Defendant 9197-5904 QUEBEC, INC,). (Aresty, Joel) (Entered: 12/04/2024) |
| 12/04/2024 | 16 | Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan (Aresty, Joel) (Entered: 12/04/2024) |
| 12/05/2024 | 17 | Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |

| | | |
|---|---|---|
| 12/05/2024 | 🌐 18 | Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk ) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | 🌐 19 | Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/19/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | 🌐 20 | Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | 🌐 21 | Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/06/2024 | 🌐 22 | *Ex Parte* Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan (Aresty, Joel) (Entered: 12/06/2024) |
| 12/06/2024 | 🌐 23 | Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 10:45 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/06/2024) |
| 12/06/2024 | 🌐 24 | *Ex Parte* Motion to Continue Hearing On: [(22 Motion to Continue/Reschedule Hearing, 23 Notice of Hearing)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan (Aresty, Joel) (Entered: 12/06/2024) |
| 12/06/2024 | 🌐 25 | Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action. Filed by Debtor Christopher Kosachuk filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/06/2024) |
| 12/07/2024 | 🌐 26 | Motion for Withdrawal of Reference *and to Stay Case*. [Fee Amount $199] Filed by Defendant 9197-5904 QUEBEC, INC. Objection Deadline: 12/23/2024. (Aresty, Joel) Modified on 12/30/2024 to Correct Filer. (Valencia, Yamileth). (Entered: 12/07/2024) |

| | | |
|---|---|---|
| 12/07/2024 | | Receipt of Motion for Withdrawal of Reference( 15-00101-LMI) [motion,mwdref] ( 199.00) Filing Fee. Receipt number A45258541. Fee amount 199.00. (U.S. Treasury) (Entered: 12/07/2024) |
| 12/07/2024 | 27 | BNC Certificate of Mailing - Hearing (Re: 17 Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference.) Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/07/2024 | 28 | BNC Certificate of Mailing - Hearing (Re: 18 Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk ) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference.) Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/07/2024 | 29 | BNC Certificate of Mailing - Hearing (Re: 19 Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/19/2024 at 09:30 AM by Video Conference.) Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/07/2024 | 30 | BNC Certificate of Mailing - Hearing (Re: 20 Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference.) Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/07/2024 | 31 | BNC Certificate of Mailing - Hearing (Re: 21 Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference.) Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/08/2024 | 32 | BNC Certificate of Mailing - Hearing (Re: 25 Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action. Filed by Debtor Christopher Kosachuk filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference.) Notice Date 12/08/2024. (Admin.) (Entered: 12/09/2024) |
| 12/09/2024 | 33 | Re- Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 09:15 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/09/2024) |
| 12/09/2024 | 34 | **Order Granting In Part 24 *Ex Parte* Motion to Continue Hearing On: [(22 Motion to Continue/Reschedule Hearing, 23 Notice of Hearing)] filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,. The Motion is granted insofar as the hearing on ECF #22 has been moved to** |

| | | |
|---|---|---|
| | | 12/10/24 at 9:15a.m. Movant is directed to serve copies of this text-only order upon required parties and file a certificate of service with the court pursuant to Local Rule 2002-1(F). SO ORDERED by Judge Laurel M Isicoff. (**This is a text-only order with no underlying PDF image entered pursuant to Local Rule 5005-4(F) and Local Rule 9021-1(A)**). (Entered: 12/09/2024) |
| 12/09/2024 | 🌐 35 | Certificate of Service by Attorney Joel M. Aresty Esq. (Re: 33 Notice of Hearing Amended/Renoticed/Continued, 34 Order Granting Relief (TEXT ONLY)). (Aresty, Joel) (Entered: 12/09/2024) |
| 12/09/2024 | 🌐 36 | Notice of Transmittal of PDF Document to BNC for Noticing (Re: 17 Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 18 Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk ) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 19 Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/19/2024 at 09:30 AM by Video Conference., 20 Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 21 Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 23 Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 10:45 AM by Video Conference., 25 Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action. Filed by Debtor Christopher Kosachuk filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 33 Re- Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 09:15 AM by Video Conference.) (Gonzalez, Maria) (Entered: 12/09/2024) |
| 12/10/2024 | 🌐 37 | Re- Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 12/10/2024) |
| 12/10/2024 | 🌐 38 | Re- Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 12/10/2024) |

| | | |
|---|---|---|
| 12/10/2024 | 39 | Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 12/10/2024) |
| 12/10/2024 | 40 | Re- Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 12/10/2024) |
| 12/10/2024 | 41 | Re- Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan filed by Interested Party Liza Hazan) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 12/10/2024) |
| 12/10/2024 | 42 | Notice of Preliminary Hearing Re Matters Scheduled on January 6, 2025 scheduled for 01/03/2025 at 01:30 PM by Video Conference. (Sanabria, Noemi) (Entered: 12/10/2024) |
| 12/11/2024 | 43 | **Order on Motion to Continue Hearings. Re: (9 Motion to Reopen Case, 10 Motion to File Document UNDER SEAL, 12 Verified Motion, 13 Motion and 16 Emergency Motion to Strike . Hearings Scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. \*\*Part 1 of 2\*\* (Valencia, Yamileth)** (Entered: 12/11/2024) |
| 12/11/2024 | 44 | **Order on Motion to Continue Hearings. Preliminary Hearing scheduled for 01/03/2025 at 01:30 PM by Video Conference. \*\*Part 2 of 2\*\* (Valencia, Yamileth)** (Entered: 12/11/2024) |
| 12/11/2024 | 45 | BNC Certificate of Mailing - PDF Document (Re: 36 Notice of Transmittal of PDF Document to BNC for Noticing (Re: 17 Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 18 Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk ) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 19 Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/19/2024 at 09:30 AM by Video Conference., 20 Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 21 Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan) Hearing scheduled for 12/18/2024 at 09:30 AM by |

| | | |
|---|---|---|
| | | Video Conference., 23 Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 10:45 AM by Video Conference., 25 Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action. Filed by Debtor Christopher Kosachuk filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference., 33 Re- Notice of Hearing (Re: 22 Motion to Continue Hearing On: [(9 Miscellaneous Motion, 10 Motion to Seal, 12 Miscellaneous Motion, 13 Miscellaneous Motion, 16 Miscellaneous Motion)] Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,) Hearing scheduled for 12/10/2024 at 09:15 AM by Video Conference.)) Notice Date 12/11/2024. (Admin.) (Entered: 12/12/2024) |
| 12/12/2024 | 46 | BNC Certificate of Mailing - Hearing (Re: 37 Re- Notice of Hearing (Re: 9 Motion to Reopen Case Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |
| 12/12/2024 | 47 | BNC Certificate of Mailing - Hearing (Re: 38 Re- Notice of Hearing (Re: 10 Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |
| 12/12/2024 | 48 | BNC Certificate of Mailing - Hearing (Re: 39 Re- Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |
| 12/12/2024 | 49 | BNC Certificate of Mailing - Hearing (Re: 40 Re- Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk filed by Plaintiff Christopher Kosachuk) Hearing scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |
| 12/12/2024 | 50 | BNC Certificate of Mailing - Hearing (Re: 42 Notice of Preliminary Hearing Re Matters Scheduled on January 6, 2025 scheduled for 01/03/2025 at 01:30 PM by Video Conference.) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |
| 12/13/2024 | 51 | BNC Certificate of Mailing - PDF Document (Re: 43 **Order on Motion to Continue Hearings. Re: (9 Motion to Reopen Case, 10 Motion to File Document UNDER SEAL, 12 Verified Motion, 13 Motion and 16 Emergency Motion to Strike . Hearings Scheduled for 01/06/2025 at 09:30 AM C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. **Part 1 of 2** (Valencia, Yamileth)** ) Notice Date 12/13/2024. (Admin. |

| | | |
|---|---|---|
| | | (Entered: 12/14/2024) |
| 12/13/2024 | 52 | BNC Certificate of Mailing - PDF Document (Re: 44 **Order on Motion to Continue Hearings. Preliminary Hearing scheduled for 01/03/2025 at 01:30 PM by Video Conference. \*\*Part 2 of 2\*\* (Valencia, Yamileth)** ) Notice Date 12/13/2024. (Admin.) (Entered: 12/14/2024) |
| 12/20/2024 | 53 | *Ex Parte* Motion to Continue Hearing On: [(43 Order on Motion to Continue Hearing, 44 Order Setting Hearing)] *1/6/25 at 9:30 AM hearing* Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan (Aresty, Joel) (Entered: 12/20/2024) |
| 12/20/2024 | 54 | Notice of Hearing (Re: 53 Motion to Continue Hearing On: [(43 Order on Motion to Continue Hearing, 44 Order Setting Hearing)] *1/6/25 at 9:30 AM hearing* Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan) Hearing scheduled for 01/03/2025 at 01:30 PM by Video Conference. (Sanabria, Noemi) (Entered: 12/20/2024) |
| 12/22/2024 | 55 | BNC Certificate of Mailing - Hearing (Re: 54 Notice of Hearing (Re: 53 Motion to Continue Hearing On: [(43 Order on Motion to Continue Hearing, 44 Order Setting Hearing)] *1/6/25 at 9:30 AM hearing* Filed by Defendant 9197-5904 QUEBEC, INC,, Interested Party Liza Hazan) Hearing scheduled for 01/03/2025 at 01:30 PM by Video Conference.) Notice Date 12/22/2024. (Admin.) (Entered: 12/23/2024) |
| 12/30/2024 | 56 | Transmittal to US District Court (Re: 26 Motion for Withdrawal of Reference Filed by Defendant 9197-5904 QUEBEC, INC) (Cohen, Diana) (Entered: 12/30/2024) |